Reginald CLEMONS, Plaintiff–Appellant

v.

George LOMBARDI, MDOC Director, Individual Capacity; John/Jane Doe, General Counsel, Individual Capacity; Troy Steele, Warden, PCC, Individual Capacity; Brenda Ross, Litigation Officer, Individual Capacity; Douglas Nickelson, Phone Monitor, Individual Capacity; Timothy Lancaster, Investigator, Individual Capacity, Defendants

Daniel Dicus, Correctional Officer, Individual Capacity; Jeff Harper, Correctional Officer, Individual Capacity; Thomas Collins, Disciplinary Hearing Officer, Individual Capacity, Defendants–Appellees

John/Jane Doe, Functional Unit Manager, Individual Capacity; Christine Henson, Correctional Officer, Individual Capacity; Matt Briesacher, Defendants.

No. 14–2698.

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2015.

Filed: March 13, 2015.

---

Reginald Clemons, Mineral Point, MO, Pro Se.

Joel A. Poole, Assistant Attorney General, Attorney General's Office, Jefferson City, MO, Dana Walker Tucker, Assistant Attorney General, Attorney General's Office, Saint Louis, MO, for Defendants–Appellees.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Missouri inmate Reginald Clemons appeals following entry of final judgment by the district court[1] in this 42 U.S.C. § 1983 action. Having carefully reviewed the record and considered Clemons's arguments for reversal, we conclude that, for the reasons expressed in the district court's relevant orders, the court (1) properly dismissed, for failure to state a claim, Clemons's claim regarding telephone calls; (2) properly granted summary judgment on his retaliation claim; and (3) did not abuse its broad discretion in denying injunctive relief, and in refusing to compel additional discovery. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.